IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:07-00020 Chief Judge Haynes |
| SAMUEL DEWAYNE COPELAND, | ) ) | |
| Defendant. | ) | |

## ORDER

A revocation hearing is set in this action for **Friday, July 26, 2013 at 4:00 p.m.**

It is so **ORDERED**.

**ENTERED** this the 3rd day of July, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court