IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:07-00020 |
| | ) | Chief Judge Haynes |
| v. | ) | |
| | ) | |
| SAMUEL DEWAYNE COPELAND, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The revocation hearing in this action is re-set for **Monday, July 29, 2013 at 4:30 p.m.**

It is so **ORDERED**.

**ENTERED** this the 25th day of July, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court